[No. 33007-1-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. STEVEN HOLLIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-04603-9, Bobbe J. Bridge, J., entered June 18, 1993. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Becker, J.

[Nos. 35747-6-I; 38077-0-I;    Division One.    June 9, 1997.]
38217-9-I; 39119-4-I.

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE BURTON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 93-1-06948-7, Patricia H. Aitken, J., entered December 19, 1994 and January 18, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Ellington, J.

[No. 36266-6-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD PENNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05951-1, Norma Smith Huggins, J., entered March 13, 1995. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Ellington, J.

[No. 36560-6-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN J. TORTORELLI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05132-2, LeRoy McCullough, J., entered April 17, 1995. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Cox, JJ.